THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WES HAGEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KENT SCHOOL DISTRICT NO. 415, <br><br> Defendant. | CASE NO. C11-1870-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties have advised the Court that the matter has settled. The Court appreciates the parties having provided timely notice to the Court. The Clerk is respectfully directed to TERMINATE the pending motions (Dkt. Nos. 37, 46) and STRIKE the September 30, 2013 trial date. The parties shall file dismissal papers on or before September 4, 2013.

DATED this 14th day of August 2013.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk
